UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARTER CONCRETE STRUCTURES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MCCARTHY BUILDING )<br>COMPANIES, INC.; FEDERAL )<br>INSURANCE COMPANY; )<br>TRAVELERS CASUALTY AND )<br>SURETY COMPANY OF AMERICA; )<br>FIDELITY AND DEPOSIT )<br>COMPANY OF MARYLAND; AND )<br>ZURICH AMERICAN INSURANCE )<br>COMPANY, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:16-CV-01285-LMM |

**PLAINTIFF'S REQUEST FOR ORAL HEARING**

Pursuant to the Court's Standing Order Regarding Civil Litigation (Document 3), the Plaintiff hereby requests an oral hearing on Defendants' Motion for Partial Summary Judgment, Plaintiff's Response to said Motion and Defendants' Reply.  This Request is unopposed by Defendants.

An oral hearing on this matter will be helpful for the Court given the complex nature of this dispute as evidenced by the voluminous exhibits in support of the Motion for Partial Summary Judgment and the Plaintiff's Response thereto. Further, Defendants filed an optional Reply (Document 71) attempting to refute

1

several issues to which the Plaintiff would like an opportunity to respond. For example, Plaintiff would like the opportunity to address the issue of when McCarthy first waived, or the parties mutually abandoned, the notice provision upon which the Motion for Partial Summary Judgment is based. Likewise, Defendants raised new issues and case law in their Reply which the Plaintiff would like address for the Court's consideration. Finally, the Reply demonstrates Defendants' misunderstanding of the Plaintiff's position regarding notice of its claim, so the Plaintiff would like to clarify that for the Court in case it was not initially evident.

Respectfully submitted this 3rd day of August, 2018.

        s/ Kevin S. Dale, Esq.
        William D. Flatt
        Georgia Bar No. 262827
        Kevin S. Dale
        Georgia Bar No. 328098
        Attorneys for Carter Concrete Structures, Inc.
        FLATT & DALE, P.C.
        5555 Glenridge Connector, Suite 200
        Atlanta, Georgia 30342
        Telephone: (404) 400-1794
        Email: wdf@flattdale.com
        Email: ksd@flattdale.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARTER CONCRETE STRUCTURES, INC., </br></br>Plaintiff, </br></br>v. </br></br>MCCARTHY BUILDING COMPANIES, INC.; FEDERAL INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; AND ZURICH AMERICAN INSURANCE COMPANY, </br></br>Defendants. | CIVIL ACTION NO. 1:16-CV-01285-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I electronically filed Plaintiff's Request or Oral Hearing using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Eric L. Nelson
>Todd M. Heffner
>Smith, Currie & Hancock LLP
>Suite 2700, Marquis One Tower
>245 Peachtree Center Avenue, N.E.
>Atlanta, Georgia 30303
>Email: elnelson@smithcurrie.com
>Email: tmheffner@smithcurrie.com

3

                                        s/ Kevin S. Dale, Esq.
                                        Kevin S. Dale
                                        Georgia Bar No. 328098
                                        Attorney for Carter Concrete Structures, Inc.

Flatt & Dale, P.C.
5555 Glenridge Connector, Suite 200
Atlanta, Georgia 30342
Telephone: (404) 400-1794
Email: ksd@flattdale.com